UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **FORTUNE PRODUCTS, INC.,** | § | |
| Plaintiff, | § | CIVIL ACTION NO.: 1:09-CV-330-JN |
| | § | |
| | § | |
| **VERSUS** | § | JUDGE: JAMES R. NOWLIN |
| | § | |
| **MR. BAR-B-Q, INC.,** | § | |
| Defendant. | § | |

_____

**DEFENDANT MR. BAR-B-Q'S
RULE 7.1 DISCLOSURE STATEMENT**
_____

Pursuant to FRCP 7.1, Defendant Mr. Bar-B-Q, Inc. states that it has no parent corporation and that no publicly held corporation owns 10% or more of Defendant's stock.

                                        Respectfully submitted,

                                        CONLEY ROSE, P.C.

Dated: May 29, 2009          /S/ Jonathan Pierce
                                        Jonathan M. Pierce, Esq.
                                        TX Bar No. 24027744
                                        Conley Rose, P.C.
                                        600 Travis Street, 71st Floor
                                        Houston, Texas 77002
                                        713.238.8000 (general line)
                                        713.238.8008 (fax)
                                        jpierce@conleyrose.com

        Mark A. Scott, Esq.
        TX Bar N. 24013476
        Conley Rose, PC
        2508 Ashley Worth Blvd, Suite 200
        Austin, TX  78738
        512.610.3410 (general line)
        512.610.3456 (fax)
        mscott@conleyrose.com

        ***COUNSEL FOR DEFENDANT***

OF COUNSEL:

Charles N. Internicola
Decker Decker Dito & Internicola, LLP
1610 Richmond Road
Staten Island, NY 10304
718.979.4300 (general line)
718.351.3514 (fax)
cinternicola@dddilaw.com

***COUNSEL FOR DEFENDANT***

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing **DEFENDANT MR. BAR-B-Q'S RULE 7.1 DISCLOSURE STATEMENT** was served on the 29th day of May, 2009 using the CM/ECF system, which will send notification of this filing to the following attorneys of record who are Filing Users of the Court's Electronic Filing System:

J. Allan Garrett            *Via Email:* agarrett@hlattorneys.com
Hutto & Lucksinger, L.L.P.
100 Avenue H, Suite 103
Marble Falls, Texas 78654

John S. Egbert            *Via Email:* mail@egbertlawoffices.com
L. Jeremy Craft           *Via Email:* jcraft@egbertlawoffices.com
Paul S. Beik             *Via Email:* pbeik@egbertlawoffices.com
Egbert Law Offices, P.L.L.C.
412 Main Street, 7th Floor
Houston, Texas 77002

**ATTORNEYS FOR PLAINTIFF,
Fortune Products, Inc.**

                                               /s/ Jonathan Pierce
                                               **Jonathan Pierce**