IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FORTUNE PRODUCTS, INC.,<br>  Plaintiff, | § § § | |
| v. | § | CAUSE NO. 09-CV-330-JRN |
| Mr. BAR-B-Q, INC.,<br>  Defendant. | § § § | |

### FINAL JUDGMENT

Before the Court is the above-entitled cause of action. On August 26, 2010, the parties filed a Joint Stipulation of Dismissal with Prejudice. (Clerk's Dkt. #29). Under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared. Accordingly, the above-entitled case has now been dismissed with prejudice, and the Court enters the following Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

  **IT IS ORDERED** that all relief not expressly granted is hereby **DENIED**.

  **IT IS FURTHER ORDERED** that all pending motions are **MOOT**.

  **IT IS FINALLY ORDERED** that this action is hereby **CLOSED**.

SIGNED this 9th day of September, 2010.

JAMES R. NOWLIN
UNITED STATES DISTRICT JUDGE